UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:18-cr-00183-JRS-MJD |
| BRANDON L. MCCAIN, Defendant. | ) | -01 |

**REPORT AND RECOMMENDATION**

Parties appeared for a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on July 27, 2026, and supplemented on August 5, 2026. Defendant appeared in person and by Federal Community Defender counsel Bill Dazey. Government represented by Assistant United States Attorney Cristina Caraballo-Colon. U.S. Probation Office represented by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant McCain of his rights and ensured that he had a copy of the Petitions. Defendant McCain waived his right to a preliminary hearing.

2. After being placed under oath, Defendant McCain admitted to violation number 1. Government orally moved to withdraw violation numbers 2-7, which motion was granted by the Court such that violation numbers 2-7 were dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|

1 **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

Mr. McCain has tested positive for cannabinoids on June 2, June 26, and July 14, 2026. The July 14, 2026, result was also positive for amphetamines. Mr. McCain admits to continued marijuana use and to taking an unknown pill prior to submitting the July 14, 2026, sample. As previously reported to the Court, Mr. McCain tested positive for cannabinoids on February 26, March 18, April 2, April 16, May 11, and May 20, 2026.

4. The parties stipulated that:

(a) The highest grade of violation is a Grade B violation.

(b) Defendant's criminal history category is II.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months of imprisonment.

5. Counsel for the Parties jointly recommended a sentence of 12 months imprisonment with no federal supervision to follow. Probation was heard. Defendant was given the opportunity to make a statement.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions to the extent admitted, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 12 months imprisonment with no federal supervised release to follow.

7. Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation. The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge. The Parties waived the fourteen-day period to object to the Report and Recommendation.

**SO RECOMMENDED.**

Date: 10/2/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email